UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 2150 SIGOURNEY JOSSIAH - FRANCIS LEE ASSOCIATION, SUING ON BEHALF OF THEODORE A. PINNOCK AND ITS MEMBERS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JAMES C. STATSER d.b.a. CARDIFF BY THE SEA LODGE, et al., <br><br> Defendants. | Case No. 07-CV-1577-LAB (JMA) <br><br> **ORDER REGARDING SETTLEMENT DISPOSITION CONFERENCE** |

A Early Neutral Evaluation Conference was held on October 30, 2007 at 10:00 a.m. The case settled. The attorneys must personally appear for a Settlement Disposition Conference on **January 7, 2008** at **3:30 p.m.** in the chambers of Magistrate Judge Adler unless a joint motion for dismissal is filed with the Court, and a separate proposed order for dismissal is e-mailed to the district judge's e-mail address, prior to that time.[1]  If a

---

[1] See Electronic Case Filing Administrative Policies and Procedures Manual, Sections 2.f. and 2.h., for more information.

joint motion for dismissal and proposed order thereon cannot be provided on or before the date indicated above, counsel shall contact the chambers of Magistrate Judge Adler <u>at least one court day before</u> the date indicated above to explain the reasons therefor.  <u>Failure to comply with this order may be cause for the imposition of monetary sanctions.</u>

**IT IS SO ORDERED.**

DATED:   October 30, 2007

_____
Jan M. Adler
U.S. Magistrate Judge